UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| ANDREW VELICOFF,<br><br>                              Plaintiff,<br><br>- against -<br><br>SYNCHRONY BANK et al.,<br><br>                              Defendants. | Docket No: 2:17-cv-01013-MRH |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendants GC SERVICES LIMITED PARTNERSHIP and ENCORE RECEIVABLE MANAGEMENT, INC. in the above-captioned matter, without prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:         June 26, 2018

| | |
|---|---|
| MARCUS & ZELMAN, LLC<br>*Attorneys for Plaintiff*<br>*Andrew Velicoff*<br><br>By: /s/ Yitzchak Zelman<br>        Yitzchak Zelman, Esq.<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com | KEATING LAW OFFICE, LLC<br>*Attorneys for Defendant*<br>*GC Services Limited Partnership*<br><br>By:  /s/ Philip P. Keating<br>        Philip P. Keating, Esq.<br>2555 Washington Road, Suite 610B<br>Pittsburgh, Pennsylvania 15241<br>Tel: (412) 432-6313<br>Email: pkeating@keatinglawofficellc.com<br><br>FINEMAN KREKSTEIN & HARRIS, P.C.<br>*Attorneys for Defendant*<br>*Encore Receivable Management, Inc.*<br><br>By:  /s/ Richard J. Perr<br>         Richard J. Perr, Esq.<br>1801 Market Street, Suite 1100<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 893-8724<br>Email: rperr@finemanlawfirm.com |