IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW VELICOFF,<br><br>Plaintiff,<br><br>- against -<br><br>SYNCHRONY BANK,<br><br>Defendant. | Docket No: 2:17-cv-01013-MRH |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 24, 2018 Stipulation of Dismissal, all claims asserted against Defendant SYNCHRONY BANK in Civil Action No: 2:17-cv-01013-MRH, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __26th__ **day of** __September__**, 2018.**

                                                  __s/ Mark R. Hornak__
                                                HONORABLE MARK R. HORNAK
                                                UNITED STATES DISTRICT JUDGE